# UNITED STATES DISTRICT COURT
для the

Southern District of Illinois

| | |
|---|---|
| **MAX RUSSELL HOLLIS, JR.,**<br>            *Plaintiff(s)*<br>                    v.<br>**KULWANT SINGH, and SAHOTA BROTHERS,**<br>            *Defendant(s)* | )<br>)<br>)   Case Number:  3:10-cv-301-PMF<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court, Magistrate Judge Philip M. Frazier presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice.** The parties to bear their own costs.

The Court reserves jurisdiction to enforce the settlement, if necessary.

| | |
|---|---|
| **Dated:  January 20, 2012.** | **NANCY J. ROSENSTENGEL, Clerk**<br><br>s/Karen R. Metheney<br> Deputy Clerk |

**APPROVED:**

*/s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**