# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| **MAX RUSSELL HOLLIS, JR.,** <br> *Plaintiff(s)* <br> v. <br> **KULWANT SINGH, and SAHOTA BROTHERS,** <br> *Defendant(s)* | Case Number: 3:10-cv-301-PMF |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court, Magistrate Judge Philip M. Frazier presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice.** The parties to bear their own costs.

The Court reserves jurisdiction to enforce the settlement, if necessary.

**Dated: January 20, 2012.**             **NANCY J. ROSENSTENGEL, Clerk**

                                         s/Karen R. Metheney
                                         Deputy Clerk

**APPROVED:**

/s/ *Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**